# Court of Appeals
# of the State of Georgia

ATLANTA,　　July 25, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2050.　MARVIN JACK WRIGHT v. GEORGIA DEPARTMENT OF CORRECTIONS.

Prisoner Marvin Wright filed a pro se complaint against the Georgia Department of Corrections. The trial court dismissed the case based on Wright's failure to comply with the service of process requirements of the Georgia Tort Claims Act. Wright has filed a notice of direct appeal from the order of dismissal. We, however, lack jurisdiction.

Because Wright was incarcerated when he filed his action, his appeal is controlled by the Prison Litigation Reform Act of 1996, which requires that an appeal of a civil action filed by a prisoner "be as provided in Code Section 5-6-35." OCGA § 42-12-8. Under OCGA § 5-6-35 (d), the party wishing to appeal must file an application for discretionary review with the appellate court within 30 days of entry of the order at issue. Wright's failure to follow the required procedures divests us of jurisdiction over his appeal, which is hereby DISMISSED. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,* 07/25/2012
　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


　　　　　　　　　　　　　　　　　　, *Clerk.*